IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LANARD WALLACE,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CIVIL ACTION NO.: 6:23-cv-20<br><br>(Case No. 6:20-cr-1-23) |

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's July 25, 2023 Report and Recommendation, (doc. 6), to which Petitioner has not objected. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, (doc. 3), and **DISMISSES** Petitioner's 28 U.S.C. § 2255 Motion. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Petitioner *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 24th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA