AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LANARD WALLACE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:23-cv-20
(6:20-cr-1-23)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 24, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted and Petitioner's 28 U.S.C. § 2255 motion is dismissed. Additionally, Petitioner is denied in forma pauperis status on appeal and a Certificate of Appealability. This case stands closed.

Approved by: _____

August 28, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020